# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**James A. Wilbur**
        Plaintiff
vs.                                CASE NUMBER: 5:13-CV-110 (ESH)

**Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision be REVERSED and REMANDED, pursuant to 42 USC section 405(g), sentence four, for further proceedings. Therefore the Complaint filed by James A. Wilbur is REMANDED to the Commissioner and this action is closed.

All of the above pursuant to the order of the Honorable Judge Earl S. Hines, dated the 30th day of May, 2014.

DATED: May 30, 2014

*[signature]*
Clerk of Court

s/ Joanne Bleskoski
_____
Deputy Clerk